Aly B. Kaba, Plaintiff-Appellant,
against
Citibank, N.A., Defendant-Respondent.



Plaintiff appeals from a judgment of the Civil Court of the City of New York, Bronx County (Ruben Franco, J.), entered on or about August 19, 2015, after a nonjury trial, in favor of defendant dismissing the complaint.




Per Curiam.
Judgment (Ruben Franco, J.), entered on or about August 19, 2015, affirmed, without costs.
The evidence presented at trial established that three forged checks were drawn on plaintiff's checking account at defendant bank. The testimonial and documentary evidence also established, and plaintiff expressly acknowledged, that defendant bank ultimately "reimbursed" plaintiff's account in the sum of $4,330, the net aggregate amount of the three forged checks (see Tonelli v Chase Manhattan Bank, N. A., 41 NY2d 667, 670 [1977]). Thus, a fair interpretation of the evidence supports the trial court's dismissal of the action (see Thoreson v Penthouse Intl., 80 NY2d 490, 495 [1992]).
Plaintiff's present claim that certain other forged checks were drawn on his account was not raised below and is unpreserved.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 19, 2016